UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARK A. PAYLOR | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-00331 (CKK) |
| | ) | |
| DONALD C. WINTER | ) | |
| Secretary of the Navy | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, plaintiff, through counsel, respectfully moves this Court for a 45-day extension of time, to and including July 3, 2008, within which to file his response to Defendant's Motion to Dismiss. This is plaintiff's first request for an extension of time. Defendant's counsel was contacted to obtain her position on this request for extension of time, and Defendant's counsel did not object the requested 45-day extension.

For cause, plaintiff states as follows:

1. Defendant's Motion to Dismiss was filed on May 5, 2008. Without this motion being granted, plaintiff will be required to file a response on or before May 19, 2008.

2. Defendant had 60 days to prepare his motion to dismiss.

3. In order to fully and appropriately respond to the assertions and arguments in Defendant's Motion to Dismiss, plaintiff requires additional time to research and draft his response.

4. Due to other commitments and filing deadlines, plaintiff cannot file an appropriate response without receiving an extension of time.

5. It is anticipated that the Court's ruling on the Defendant's Motion to Dismiss will be dispositive of this case.

For the foregoing reasons, plaintiff respectfully requests that this motion for an extension of time be granted.

Respectfully submitted,

/s
Richard A. Bednar
Law Office of Richard A. Bednar
12107 Park Shore Ct.
Woodbridge, VA  22192-2217
703-490-0000 (Office)
703-991-0454 (Fax)
Email: Rbednar@ArmedForcesLaw.com

/s
Raymond J. Toney (NY0066)
The Law Office of Raymond J. Toney
404 Park Avenue South
14th Floor New York, NY 10016-8403
212-686-3434 Ext. 206 (Office)
718-504-4735 (Fax)
Email: rjtoney@rjtlaw.net